[No. 35196-6-I.    Division One.    December 4, 1995.]

JOSEPH M. BINFET, *Appellant*, v. KATHERINE IVERSEN, *Defendant*, JERRY LYNN MARCU, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-04954-2, Nancy Ann Holman, J., entered August 3, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Agid, JJ.

[No. 35295-4-I.    Division One.    December 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL LEON DUGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-04066-1, Mary Wicks Brucker, J., entered September 15, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Webster, J.

[No. 13658-2-III.    Division Three.    December 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO B. RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 93-1-00101-8, Yancey Reser, J., entered October 11, 1993. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 13886-1-III.    Division Three.    December 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON E. ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 93-1-50282-5, Carolyn A. Brown, J., entered February 1, 1994. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.